UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br>　　　　Plaintiff,<br>　　v.<br>NETAJ, LLC,<br>　　　　Defendant. | Case No. 16-cv-06294-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 17 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 31, 2017

　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　United States District Judge